# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☒ INFORMATION    ☐ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1709 – Embezzlement of Mail by a U.S. Postal Service Employee)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Maximum Prison: 5 years
Maximum Fine: $250,000
Maximum Supervised Release: 3 years
Special Assessment: $100
Forfeiture
Restitution

### DEFENDANT - U.S

▶ PORCHEA WASHINGTON

**DISTRICT COURT NUMBER**
4:24-cr-00624-YGR

**FILED**
Dec 26 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
United States Postal Service, Office of Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form**    ISMAIL J. RAMSEY
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**    SAUSA Cynthia Johnson

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal    ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS    ☐ NO PROCESS*    ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☒ Arraignment    ☒ Initial Appearance

Defendant Address: [redacted]

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 01/10/2025 at 10:30 am    Before Judge: Kandis A. Westmore

Comments: See attached declaration, motion and proposed order for summons.

| | |
|---|---|
| 1<br>2 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |

**FILED**

Dec 26 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>PORCHEA WASHINGTON,<br>          Defendant. | CASE NO. 4:24-cr-00624-YGR<br><br>VIOLATIONS: 18 U.S.C. § 1709 – Embezzlement of Mail by a U.S. Postal Service Employee; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 1709 – Embezzlement of Mail by a U.S. Postal Service Employee)

Beginning on or about August 3, 2023 and continuing to on or about September 21, 2023, in the Northern District of California, the defendant,

PORCHEA WASHINGTON,

being an employee of the United States Postal Service, knowingly and intentionally stole mail entrusted to her, in violation of Title 18 United States Code, Section 1709.

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

INFORMATION                                    1

Upon conviction of the offense set forth in this Information, the defendant,

PORCHEA WASHINGTON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: December 23, 2024

ISMAIL J. RAMSEY
United States Attorney

*/s/ Cynthia Johnson*

CYNTHIA JOHNSON
Special Assistant United States Attorney

INFORMATION    2