ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

**FILED**

Dec 26 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PORCHEA WASINGTON,<br><br>    Defendant. | Case No. 4:24-cr-00624-YGR<br><br>DECLARATION OF CYNTHIA JOHNSON IN SUPPORT OF THE GOVERNMENT'S MOTION FOR SUMMONS |

I, Cynthia Johnson, hereby declare as follows:

1. I am a Special Assistant United States Attorney for the Northern District of California, and I am assigned to the prosecution of the above-captioned case. I received the following information from reports and other documents provided to me by the United States Postal Service, Office of Inspector General.

2. From November 22, 2020, to August 9, 2023, Porchea WASHINGTON was employed by the United States Postal Service in the Northern District of California. During that time, WASHINGTON was observed committing mail theft in violation of 18 U.S.C. § 1709 (Embezzlement of Mail by a United States Postal Service Employee).

DECLARATION IN SUPPORT OF SUMMONS      1

3. On or about August 9, 2023, in WASHINGTON's capacity as an employee with the post office, she admitted to stealing a large quantity of mail entrusted to her and intended for delivery.

4. Based on the above-listed facts, there is probable cause to believe that WASHINGTON violated 18 U.S.C. § 1709 - Embezzlement of Mail by a United States Postal Service Employee, which is a felony.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed December 23, 2024 in Oakland, California.

DATED: December 23, 2024

*/s/ Cynthia Johnson*

CYNTHIA JOHNSON

DECLARATION IN SUPPORT OF SUMMONS    2