ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

FILED

Dec 26 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 4:24-cr-00624-YGR |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR SUMMONS |
| v. | ) |
| PORCHEA WASHINGTON, | ) |
| Defendant. | ) |

# PROPOSED ORDER

Having reviewed the Declaration of Cynthia Johnson, the Court finds that probable cause exists to believe that the offense charged in the Information filed in the above-captioned matter was committed and that the Defendant committed it. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant PORCHEA WASHINGTON, to appear on January 10, 2025, at 10:30 a.m. before Magistrate Judge Kandis A. Westmore to answer the Information that has been filed by the United States Attorney.

**IT IS SO ORDERED.**

Dated: December 23, 2024

                                                HON. LISA J. CISNEROS
                                              United States Magistrate Judge